```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0001--MI (JKS)
                                "USA V SASHA SCROGGS"

                  Including terminated parties, excluding terminated counsel
```

    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
               Filed: 01/10/00
              Closed: 01/10/00

        Jurisdiction:
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: REGISTRATION OF JUDGMENT

              Origin:
              Demand:
          Filing fee: Waived
            Trial by:


Parties of Record:                              Counsel of Record:

PLF 1.1           UNITED STATES OF AMERICA      Richard L. Pomeroy
                                                U.S. Attorney's Office
                                                222 W. 7th Avenue, #9
                                                Anchorage, AK 99513-7567
                                                907-271-5071

DEF 1.1           SCROGGS, SASHA A.              No counsel found for this party!

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A00-0001--MI (JKS)
                                      "USA V SASHA SCROGGS"

                                         For all filing dates
```

   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 01/10/00
            Closed: 01/10/00

      Jurisdiction:
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: REGISTRATION OF JUDGMENT

            Origin:
            Demand:
        Filing fee: Waived
          Trial by:


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 01/10/00 | Cert cy of Judgment in USDC Western District of Washington, no. CR99-80L-002 ($75,487.84 pluse s/a $100) w/att exh. |
| 2 - 1 | 04/23/01 | JKS Order granting request for modifying conditions or term of S/R as noted. cc: PO |
| 3 - 1 | 08/21/01 | Transfer of Jurisdiction from Western District of WA to Alaska w/att WA crt documents. |
| 4 - 1 | 05/30/02 | JKS Order & Report terminating SR; proceedings in this caes are terminated. cc: USPO |
| 5 - 1 | 04/22/03 | PLF 1 affidavit & request for issuance of writ of execution on FPD |
| NOTE - 1 | 04/23/03 | Issued: writ |
| 6 - 1 | 10/30/03 | USM Return on writ of execution on PFD, $1105.56 |
| 7 - 1 | 11/26/03 | PLF 1 motion to release attached PFD funds. |
| 8 - 1 | 12/01/03 | JKS Order granting motion to release attached PFD funds in the amount of $1,105.56 (7-1). cc: cnsl, Finance |